**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00023-CV**
_____

**IN THE INTEREST OF C.A.A. AND C.A.A.**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 11-02-02008-CV**

**MEMORANDUM OPINION**

The appellant filed an agreed motion to dismiss this appeal. This motion is made voluntarily by appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on May 1, 2019
Opinion Delivered May 2, 2019

Before McKeithen, C.J., Kreger and Johnson, JJ.